IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Bobby L Fisher | : | Chapter 13 |
| | : | |
| | : | Case No. 19-12649MDC |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 63

Dated: August 14, 2020                             /s/ Brad J. Sadek, Esquire
                                                                    Brad J. Sadek, Esquire
                                                                    Sadek and Cooper
                                                                    1315 Walnut Street, Suite 502
                                                                    Philadelphia, PA 19107
                                                                    215-545-0008