# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bobby L. Fisher<br><br>                                    Debtor(s)<br>CITIMORTGAGE, INC. C/O CENLAR, FSB<br>                                    Movant<br>v.<br>Bobby L. Fisher<br>and William C. Miller, Esquire<br>                                    Respondents | 19-12649 MDC<br><br>Chapter 13 Proceeding |

## CERTIFICATION OF DEFAULT

CITIMORTGAGE, INC. C/O CENLAR, FSB, a secured creditor in the above captioned bankruptcy case, by and through its counsel, Jill Manuel-Coughlin, Esquire of the law firm of POWERS KIRN, LLC, hereby files this certification, and states:

1.    I am the attorney responsible for handling the instant matter for CITIMORTGAGE, INC. C/O CENLAR, FSB, and I have sufficient knowledge to make this certification on its behalf.

2.    On 07/27/2020, an Order was issued by this Court approving the Stipulation resolving CITIMORTGAGE, INC. C/O CENLAR, FSB's motion for relief from stay, a copy of which Order is attached hereto as **EXHIBIT A**. The Order provides for the cure of post-petition arrearage, and that in the event the Debtor fails to make the payments the secured creditor is permitted ex-parte relief to vacate the stay, with notice to the trustee, debtor(s), and debtor's attorney, if any.

3.    Debtor(s) has/have failed to comply with the aforesaid order by either missing payments and/or by failing to make the correct payments as summarized on the Notice of Default which was sent to all interested parties on 02/12/2021. A copy of the Notice of Default is attached as **EXHIBIT B**.

4.    This certification is being made in an effort to enforce the prior order of this court and to vacate the stay without numerous court appearances.

5.    I certify the above statements to be true. I am aware that if the above statements are willfully false, I am subject to punishment.

RESPECTFULLY SUBMITTED,
POWERS KIRN, LLC

Dated: March 11, 2021

By: /s/ Jill Manuel-Coughlin
Jill Manuel-Coughlin, Esquire
ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant