**Veronica Cosme**

| | |
|---|---|
| **From:** | Veronica Cosme |
| **Sent:** | Friday, February 12, 2021 3:01 PM |
| **To:** | 'Brad J. Sadek, Esquire' |
| **Subject:** | 19-12649 / Fisher / Notice of Default |
| **Attachments:** | 19-12649 - Notice of Default.pdf |

Good Afternoon,

Please find attached a Notice of Default regarding the above referenced bankruptcy matter.

Veronica Cosme, Legal Assistant

Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053
Email: veronica.cosme@powerskirn.com
Phone: 215-942-2090

This may be an attempt by a debt collector to collect a debt and any information obtained may be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and prohibited from disclosure under applicable law.  If you have received this message in error, you are hereby notified that we do not consent to any reading, dissemination, distribution or copying of this message.  If you have received this communication in error, please notify the sender immediately and destroy the transmitted information.

# POWERS KIRN, LLC

18-1464

8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: (215) 942-2090
Fax: (215) 942-8661

2/12/2021

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

      RE:    CITIMORTGAGE, INC., C/O CENLAR, FSB vs.
                 Bobby L. Fisher;
                 Chapter 13; BK#: 19-12649 MDC
                 Type of Action: Notice of Default

Dear Sir or Madam:

      The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments. However, as of the date of this letter, CITIMORTGAGE, INC., C/O CENLAR, FSB has not received following payments:

| | |
|---|---:|
| Regular Payments: 12/2020 @ $1,854.55, 01/01/2020-02/01/2021 @ $1,773.16 | $5,400.87 |
| Attorney Fees for this Notice of Default: | $100.00 |
| Less Debtor Suspense | ($1,773.16) |
| **TOTAL** | **$3,727.71** |

      Therefore, the Debtors are currently in default of the agreed stipulation. The amount needed to cure the default is **$3,727.71**[*]. This payment must be made in certified funds.

      In accordance with said stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter ***March 1, 2021***, then my client may certify said default to the Court and an Order will be entered granting Relief from the Automatic Stay.

      ***\*\*Please note – An additional $1,773.16 will come due on*** **03/01/2021**.

If you should have any questions, please contact my office.

                                                        Very truly yours,

                                                        /s/ Sarah K. McCaffery
                                                        Sarah K. McCaffery, Esquire

Payments should be sent to:

Cenlar, FSB,
Attn: Bankruptcy Department
425 Phillips Boulevard
Ewing, NJ 08618

---

[*] Acceptance of partial payments will not constitute a waiver of Movant rights to pursue the default in the event the partial payments are not enough to cure the entire default.

SKM/vc
encl.
cc:    Bobby L. Fisher
        1418 Milton Street
        Bristol, PA 19007

POWERS KIRN, LLC
By: Jill Manuel-Coughlin, Esquire
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant/ 18-1464

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> Bobby L. Fisher <br>          Debtor | Chapter 13 Proceeding <br><br> 19-12649 MDC |
| CITIMORTGAGE, INC., C/O CENLAR, FSB <br>          Movant <br> v. <br> Bobby L. Fisher <br> and <br> William C. Miller, Esquire <br>          Respondents | |

**STIPULATION IN SETTLEMENT OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

  WHEREAS, the parties hereto and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Jill Manuel-Coughlin, Esquire on behalf of secured creditor, CITIMORTGAGE, INC., C/O CENLAR, FSB ("Movant").

  NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 1418 Milton Street, Bristol, PA 19007, mortgage account ending with 2220.

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and Movant, agree to the following:

 (a) Parties acknowledge that the current regular post-petition payment is **$1,854.55**.

 (b) Parties acknowledge that the following amounts are currently due post-petition:

| | |
|---|---|
| Monthly Payments: 12/1/2019 – 3/1/2020 @ $1,654.92 <br> 4/1/2020 – 7/1/2020 @ $1,854.55 | $14,037.88 |
| Less Debtor Suspense: | ($1,551.98) |
| **Total Post-Petition Arrearage:** | **$12,485.90** |

 (c) Commencing with the 8/1/2020 payment the Debtor shall resume and shall continue to make all regular monthly post-petition payments when they are due in accordance with the terms of the Note & Mortgage.

 (d) On or before 8/16/2020, Debtor shall make a down-payment to Movant in the amount of **$3,309.84**. This payment shall be applied to the post-petition arrears as shown in paragraph 3 (b) above.

(e) Debtor agrees to Amend the Chapter 13 Plan to include the aforementioned post-petition delinquency in the amount of **$9,176.06**, representing all arrearages due through 7/16/2020. Debtor agrees to amend the Chapter 13 Plan within thirty (30) days of the filing of this Stipulation. The parties agree that Movant may file a Notice of Post-Petition Fees, Charges and Expenses as a supplement to the filed Proof of Claim for the above-stated amount and that same shall be deemed approved upon entry of the Order approving this Stipulation.

(f) If sufficient proof is provided (front and back copies of checks or money orders) of payments made, but not credited, the account will be adjusted accordingly.

(g) All post-petition payments from Debtor to Movant shall be sent to Cenlar, FSB, Attn: Bankruptcy Department, 425 Phillips Boulevard, Ewing, NJ 08618.

(h) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the contract and applicable law. Also, all allowed fees and costs due to Movant as stated on any Post-Petition Fee Notices filed with the court shall be paid prior to the entry of a Discharge Order.

(i) The Debtor shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, or if the case should convert to a Chapter 7 Bankruptcy, Movant may provide the Debtor and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Movant relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

(j) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| **/s/ Brad J. Sadek, Esquire** | **/s/ Jill Manuel-Coughlin, Esquire** |
| Brad J. Sadek, Esquire | Jill Manuel-Coughlin, Esquire |
| Attorney for Debtor | Attorney for Movant |
| Date: | Date: |

No Objection/ Without Prejudice to Any Trustee Rights or Remedies
/s/ LeeAne O. Huggins 7/23/2020
_____
William C. Miller, Esquire
Trustee
Date:

On this 27th day of _____July_____, 2020, approved by the Court.

*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

**PowersKirn**
COUNSELORS AT LAW

**POWERS KIRN, LLC**
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053



BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

**PowersKirn**
COUNSELORS AT LAW

**POWERS KIRN, LLC**
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053



Bobby L. Fisher
1418 Milton Street
Bristol, PA 19007