# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Bobby L. Fisher<br><br>                                            Debtor(s)<br>CITIMORTGAGE, INC. C/O CENLAR, FSB<br>                                            Movant<br>v.<br>Bobby L. Fisher<br>and William C. Miller, Esquire<br>                                            Respondents | 19-12649 MDC<br><br>Chapter 13 Proceeding |

18-1464

## ORDER

AND NOW, this 18th day of March, 2021, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, CITIMORTGAGE, INC. C/O CENLAR, FSB and/or its successors and assigns to proceed with foreclosure on the property located at 1418 Milton Street, Bristol, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, CITIMORTGAGE, INC. C/O CENLAR, FSB shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Brad J. Sadek, Esquire
Attorney for Debtor(s)

Bobby L. Fisher
Debtor(s)

William C. Miller, Esquire
Trustee